IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 02-20051-Ma

PHILIP LACEFIELD,

   Defendant.

ORDER RESETTING RE-SENTENCING DATE

Before the court is the government's October 20, 2005, motion to reset the re-sentencing of Philip Lacefield, which is presently set for October 25, 2005. For good cause shown, the motion is granted. The re-sentencing of defendant Philip Lacefield is **reset to Wednesday, November 16, 2005, at 9:00 a.m.**

It is so ORDERED this 21st day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 179 in case 2:02-CR-20051 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Samuel Mays
US DISTRICT COURT