IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 02-20051-Ma

PHILLIP LACEFIELD,

Defendant.

## ORDER RESETTING RE-SENTENCING DATE

Before the court is the government's November 14, 2005, motion to reset the re-sentencing of Phillip Lacefield, which is presently set for November 16, 2005. For good cause shown, the motion is granted. The re-sentencing of defendant Phillip Lacefield is **reset to Wednesday, December 14, 2005, at 9:00 a.m.**

It is so ORDERED this 15th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 183 in case 2:02-CR-20051 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Samuel Mays
US DISTRICT COURT